JAP:KDE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**15 M 0526**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF AN APPLICATION
FOR A SEARCH WARRANT FOR

THE PREMISES KNOWN AND DESCRIBED AS:

USPS PRIORITY MAIL 2-DAY PARCEL NUMBER 9405 5118 9956 2193 4374 96, MAILED BY MELICIA CHESTNUT, MELICIA CHESTNUT, 7325 EAST 3RD AVE, SCOTTSDALE AZ 85251-3902, ADDRESSED TO FABRIC MILL ORDER DESIGN, 53 E MERRICK RD 359, FREEPORT NY 11520-4056 (**"SUBJECT PARCEL 1"**)

USPS PRIORITY MAIL 2-DAY PARCEL NUMBER 9405 5118 9956 2193 4385 09, MAILED BY MELICIA CHESTNUT, MELICIA CHESTNUT, 7325 EAST 3RD AVE, SCOTTSDALE AZ 85251-3902, ADDRESSED TO FABRIC MILL ORDER DESIGN, 53 E MERRICK RD 359, FREEPORT NY 11520-4056 (**"SUBJECT PARCEL 2"**)

AFFIDAVIT IN SUPPORT
OF A SEARCH WARRANT

(21 U.S.C. §§ 841(a)(1) and 846)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

        JOHN DELGIUDICE, being duly sworn, deposes and states that he is a Postal Inspector with the United States Postal Inspection Service ("USPIS"), duly appointed according to law and acting as such.

        Upon information and belief, there is probable cause to believe that, presently concealed within THE PREMISES KNOWN AND DESCRIBED AS:

USPS PRIORITY MAIL 2-DAY PARCEL NUMBER 9405 5118 9956 2193 4374 96, MAILED BY MELICIA CHESTNUT, MELICIA CHESTNUT, 7325 EAST 3RD AVE,

SCOTTSDALE AZ 85251-3902, ADDRESSED TO FABRIC MILL ORDER DESIGN, 53 E MERRICK RD 359, FREEPORT NY 11520-4056 (**"SUBJECT PARCEL 1"**),

USPS PRIORITY MAIL 2-DAY PARCEL NUMBER 9405 5118 9956 2193 4385 09, MAILED BY MELICIA CHESTNUT, MELICIA CHESTNUT, 7325 EAST 3RD AVE, SCOTTSDALE AZ 85251-3902, ADDRESSED TO FABRIC MILL ORDER DESIGN, 53 E MERRICK RD 359, FREEPORT NY 11520-4056 (**"SUBJECT PARCEL 2"**),

(together, "SUBJECT PARCELS") are controlled substances which constitute evidence of violations of Title 21, United States Code, §§ 841(a)(1) and 846.

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Postal Inspector with the USPIS, currently assigned to the Prohibited Mail Narcotics Team. I have been a Postal Inspector for over 11 years. I have been assigned to the Prohibited Mail Narcotics Team since December 2013. Additionally, I have participated in numerous narcotics investigations, including the execution of search warrants and narcotics seizures. I am familiar with the facts and circumstances of this investigation from my personal participation in the investigation and from information obtained from other law enforcement agents.

2. Prior investigations and trafficking intelligence have demonstrated that USPS Express and Priority Mail have become methods of choice by dealers of narcotics for the transportation of narcotics and narcotics proceeds. Prior investigations have also revealed that USPS Express and Priority Mail parcels of controlled substances destined for delivery in the New York area often originate from specific source locations, including

---

[1] Because this affidavit is submitted for the limited purpose of establishing probable cause for a search warrant, I have not set forth each and every fact learned during the course of the investigation.

2

California, Arizona, Colorado, and Puerto Rico, and payment for such controlled substances are sent via Express Mail parcels back to the same states.

3. On or about June 8, 2015, the SUBJECT PARCELS were identified as suspicious and were removed from the mail stream by Postal Inspectors at the Freeport, New York, Post Office. The SUBJECT PARCELS were mailed from a source location, specifically Arizona.

4. On or about June 8, 2015, SUBJECT PARCEL 1 was removed from the mail stream by Postal Inspectors at the Freeport, New York, Post Office, based on the suspicion that it contained controlled substances/narcotics of some kind. SUBJECT PARCEL 1 is a brown cardboard box which is approximately 27 inches by 12.5 inches by 12.5 inches and weighs approximately 21 pounds and 10 ounces. SUBJECT PARCEL 1 was mailed from MELICIA CHESTNUT, MELICIA CHESTNUT, 7325 EAST 3RD AVE, SCOTTSDALE AZ 85251-3902. A search of various public and law enforcement databases as well as a physical inspection of SUBJECT PARCEL 1 found that the purported mailer does not appear to be an individual associated with the mailing address. Further, the mailing address appears to be a Marriott Suites Hotel. SUBJECT PARCEL 1 was addressed to FABRIC MILL ORDER DESIGN, 53 E MERRICK RD 359, FREEPORT NY 11520-4056. The mailing address is a UPS Store located in Freeport, New York ("UPS Store #5265"). A review of the mailbox service agreement for mailbox number 359 at UPS Store #5265 revealed that the customer is a "Karl E Smith, 1430 Redfern Ave Apt 3F, Far Rockaway, NY, 11691." Further, a corporation name of "Fabric Mill & Order Design Inc" and a business address of "1430 Redfern Ave, Apt 3F, Far Rocaway, NY, 11691," was provided on the USPS application to deliver mail to mailbox number 359 at UPS Store #5265.

5. On or about June 8, 2015, SUBJECT PARCEL 2 was removed from the mail stream by Postal Inspectors at the Freeport, New York, Post Office, based on the suspicion that it contained controlled substances/narcotics of some kind. SUBJECT PARCEL 2 is a brown cardboard box which is approximately 27 inches by 12.5 inches by 12.5 inches and weighs approximately 22 pounds and 14 ounces. SUBJECT PARCEL 2 was similarly mailed from MELICIA CHESTNUT, MELICIA CHESTNUT, 7325 EAST 3RD AVE, SCOTTSDALE AZ 85251-3902. As noted above, a search of various public and law enforcement databases as well as a physical inspection of SUBJECT PARCEL 2 found that the purported mailer does not appear to be an individual associated with the mailing address. Further, the mailing address appears to be a Marriott Suites Hotel. SUBJECT PARCEL 2 was similarly addressed to FABRIC MILL ORDER DESIGN, 53 E MERRICK RD 359, FREEPORT NY 11520-4056. As noted above, the mailing address is a UPS Store located in Freeport, New York ("UPS Store #5265"). A review of the mailbox service agreement for mailbox number 359 at UPS Store #5265 revealed that the customer is a "Karl E Smith, 1430 Redfern Ave Apt 3F, Far Rockaway, NY, 11691." Further, a corporation name of "Fabric Mill & Order Design Inc" and a business address of "1430 Redfern Ave, Apt 3F, Far Rocaway, NY, 11691," was provided on the USPS application to deliver mail to mailbox number 359 at UPS Store #5265.

6. On or about June 8, 2015, Postal Inspectors met with Port Authority of New York / New Jersey ("Port Authority") Police Officer Michael Petriello, a certified narcotics detection canine handler, at the Freeport, New York, Post Office to examine the SUBJECT PARCELS. Officer Petriello exposed the SUBJECT PARCELS to his trained canine, "Nova," for exterior inspection and review. Nova reacted to the SUBJECT

PARCELS by sitting. Officer Petriello informed Postal Inspectors that the canine's reaction to each of the SUBJECT PARCELS indicated a positive alert for the presence of controlled substances.[2]

7.   The SUBJECT PARCELS are presently in the custody of the USPIS in Garden City, New York.

8.   Based on the facts recited above, there is probable cause to believe that the SUBJECT PARCELS contain controlled substances.

9.   WHEREFORE, your affiant respectfully requests that a warrant be issued authorizing Postal Inspectors, with such other assistance as may be necessary, to open

---

[2]   Postal Inspectors were informed by Officer Petriello that Nova was originally certified as a narcotics detection canine after completing canine training with the Port Authority in January 2007. Nova was certified to detect the odors of cocaine, crack cocaine, heroin, marijuana, methamphetamine, ecstasy, their derivatives, and narcotic-tainted U.S. currency. Since that time, Nova has received numerous hours of training and is utilized regularly for the purpose of detecting narcotic odors. Nova has been involved in hundreds of search warrants and has made numerous positive identifications. During Nova's training and in order to be certified, Nova was subjected to numerous objects both containing and not containing narcotics. Nova is trained to differentiate and to give a positive indication if she detects the odors of narcotics. Nova was last certified in November 2014. Nova is routinely used to conduct searches of automobiles, residences, packages and suitcases. Nova alerts after detecting the scent of narcotics. Nova will positively alert the handler to the presence of the odor of cocaine, crack cocaine, heroin, marijuana, methamphetamine, ecstasy, their derivatives, and narcotic-tainted U.S. currency. Nova has successfully given positive indications of narcotics in the field in the past and has proven reliable in the field. Therefore, there is reason to believe that Nova is reliable and that the SUBJECT PARCELS contain a controlled substance or its residue.

the SUBJECT PARCELS and to search for and seize controlled substances, all of which constitute evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 846.

_____
John DelGiudice
Postal Inspector

Sworn to before me this
9th day of June, 2015

_____
THE HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK